**Order entered May 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00526-CV

### IN RE MICHAEL RUFF, Relator

**Original Proceeding from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-02825-1**

## ORDER
Before Justices Brown, Schenck, and Reichek

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **LIFT** the Court's May 6, 2019 stay of the trial court's hearing on its "Order to Show Cause."

/s/ AMANDA L. REICHEK
   JUSTICE